IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SONYA RADINA BROWN,

   Plaintiff,

   v.

GREAT-WEST HEALTHCARE,
GREAT-WEST LIFE & ANNUITY
INSURANCE CO., KRISTI HOLT,
and SHARON HAZELTON,

   Defendants.

CIVIL ACTION FILE

NO. 1:05-CV-2676-RWS-GGB

## **ORDER**

A review of the docket and file in this action reveals that the parties have not filed a Certificate of Interested Persons or a Joint Preliminary Report and Discovery Plan as is required by Local Rules 3.3 and 16.2, N.D.Ga. Accordingly, the parties are hereby **ORDERED** to file a Certificate of Interested Persons and a Joint Preliminary Report and Discovery Plan within 10 days of receiving this order. Failure to file a report within this time period may result in a recommendation that sanctions be imposed, including dismissal of the case or entry of a default judgment. See Local Rules 16.5 and 41.3, N.D.Ga.; Fed.R.Civ.P. 41(b).

AO 72A
(Rev.8/82)

The Clerk of the Court is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge upon expiration of the above-allotted time period if the parties have not filed the noted documents.

IT IS SO ORDERED, this 9th day of December, 2005.

                                                /s/ Gerrilyn G. Brill
                                        GERRILYN G. BRILL
                                        UNITED STATES MAGISTRATE JUDGE

T:\LAWCLERK\PAUL\Orders\Missing Documents\Brown.jpr.cip.wpd

AO 72A
(Rev.8/82)